| | |
|---|---|
| Ellisen S. Turner, P.C. (SBN 224842)<br>Ali-Reza Boloori (SBN 271489)<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 552-4200<br>Facsimile: (310) 552-5900<br>ellisen.turner@kirkland.com<br>ali-reza.boloori@kirkland.com | Karthik Ravishankar (*Pro Hac Vice*)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>karthik.ravishankar@kirkland.com<br><br>*Attorneys for Samsara Inc.* |

Joseph A. Loy, P.C. (*Pro Hac Vice*)
Joshua L. Simmons, P.C. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4980
Facsimile: (212) 446-4900
jloy@kirkland.com
joshua.simmons@kirkland.com

Jeanne M. Heffernan, P.C. (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678 9101
jheffernan@kirkland.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSARA INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>    Defendant | CASE NO. 3:24-CV-06049-JD |
| MOTIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSARA, INC.,<br><br>    Defendant. | CASE NO. 3:24-cv-00902-JD<br><br>**DECLARATION OF ELLISEN S. TURNER PURSUANT TO OCTOBER 31, 2024 ORDER**<br><br>Judge: Hon. James Donato |

I, Ellisen S. Turner, declare as follows:

1. I am a Partner with the law firm of Kirkland & Ellis LLP and a member in good standing of the California state bar. I represent Samsara Inc. ("Samsara") in the above-captioned cases.

2. I submit this certification pursuant to the Court's October 31, 2024 Order ("Order") requiring a declaration attesting to compliance with the directives therein.

3. Pursuant to the Order, I certify that I met and conferred with counsel for Motive Technologies, Inc.'s ("Motive") in-person in Washington, D.C., at 2 p.m. Eastern Time on November 6, 2024. We met for one hour and discussed exchanging documents to facilitate settlement, a process and schedule for making that exchange in a protected manner, mediator selection, and mediation timing.

4. The parties have exchanged lists of specific requests for documents and information sought to advance settlement discussions. The parties' respective counsel are engaged in ongoing discussions concerning the exchange of documents and information responsive to the parties' respective requests, and have identified a selected mediator before whom they intend to schedule a settlement conference for mid- to late-January of 2025.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Washington, D.C., on November 13, 2024.

DATED: November 13, 2024

Respectfully submitted,

*/s/ Ellisen S. Turner, P.C.*
Ellisen S. Turner, P.C.

DECLARATION OF ELLISEN S. TURNER PURSUANT TO OCTOBER 31, 2024 ORDER

1

CASE NOS. 3:24-CV-00902-JD
3:24-CV-06049-JD