# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: October 31, 2024　　　　　　　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 30 Minutes

Case Nos.　　**3:24-cv-00902-JD Motive Technologies, Inc. v. Samsara, Inc.**
　　　　　　　**3:24-cv-06049-JD Samsara Inc. v. Motive Technologies Inc.**

Attorney(s) for Plaintiff(s):　　Brian Wilson/Angela Puio
Attorney(s) for Defendant(s):　　Ellisen Turner

Deputy Clerk: Lisa R. Clark
Court Reporter: Debra Pas

## PROCEEDINGS

Motion Hearing -- Held.

## NOTES AND ORDERS

The case is stayed pending further order of the Court.

As discussed on the record, lead counsel are directed to confer in-person in Washington D.C. at 2 p.m. Eastern Time on November 6, 2024, for purposes of exchanging documents to facilitate settlement.

The meeting will be held for a minimum of one hour and may end earlier only if all issues are agreed upon. Counsel are directed to prepare a list of specific documents sought from the other party, in addition to those discussed on the record, to advance settlement discussions. Counsel are further directed to confer about a schedule that contemplates the exchange of documents to be completed before December 13, 2024.

The parties are directed to file separate declarations by November 13, 2024, attesting to compliance with this order. The parties are directed to promptly file the arbitrator's decision on arbitrability when available.

The parties are directed to schedule with the mediator of their choice a settlement conference to occur by mid- to late-January 2025. Counsel of record for Motive Technologies, Inc. is directed to participate in all future related proceedings before the International Trade Commission.