David S. Bloch (SBN CA 184530)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.590.5110
Facsimile: 415.707.2010
david.bloch@gtlaw.com

[*Additional submitting counsel on signature page*]
*Attorneys for Defendant Motive Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSARA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MOTIVE TECHNOLOGIES, INC.,<br><br>    Defendant. | CASE NO. 3:24-cv-06049-JD<br><br>**DEFENDANT MOTIVE'S RESPONSE TO PLAINTIFF SAMSARA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF 124]**<br><br>Judge:      Hon. James Donato<br>Courtroom:  Courtroom 11, 19th Floor |

1

Pursuant to Civil Local Rule 79-5(f)(3), Defendant Motive Technologies, Inc. submits this response to Plaintiff Samsara Inc.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. ECF 124.

As the Court is aware, Samsara's original Motion to Confirm Arbitral Award and Enter Judgment Thereon (ECFs 112-114) was 7 pages overlong in violation of the Court's standing order. After Motive pointed out this error, rather than re-noticing its motion Samsara submitted a 15-page version of opening brief, which it characterized as a "supplemental exhibit" rather than a new filing (ECFs 119-121). Samsara's "supplemental exhibit" was filed 3 days before Motive's opposition was due, and Motive accordingly objected. ECF 122. Samsara responded to Motive's objection by filing a redline comparing Samsara's original motion with its revised motion (ECF 124-3)—which itself now must be sealed for the same reasons Motive moved to seal the original (ECFs 117-118) and revised (ECFs 130-131) pleadings.

In the event the Court does not choose to seal the redline comparison (ECF 124-3) in its entirety, the Court should at least seal the following portions:

| Document/Exhibit | Reason for Sealing |
|---|---|
| **Samsara's redline comparison between the original and shortened Petition to Confirm Arbitral Award and Enter Judgment Thereon** [ECF 124-3]<br><br>Pgs. ii:7-9, ii:14, iii:2-3, iii:8 1:3-17, 1:19-20, 2:1-10, 2:16-18, 2:19-21, 3:1-7, 4:19-26, 5:1-13, 5:15-20, 6:3-9, 6:11-27, 7:1-22, 7:26, 8:1-4, 8:7-11, 8:17-20, 8:22-24, 8:26, 9:1-9, 9:22-24, 10:4-13, 10:22-26, 11:1–13:9, 13:11–14:13, 14:19–15:10, 15:24-27, 16:15, 16:21-23, 16:26, 17:1-17, 17:19-22, 18:6–20:17, 20:19-22, 20:24-27, 21:8-14, 21:16-27, 22:3-4. | Contains information relating to confidential arbitration. ECFs 117-1 to 117-4, 118-2 to 118-5, 130-1, 131-1 to 131-4 (Wilson Dec. ¶¶ 2-5, Exs. A-C).<br><br>Also contains material that is Highly Confidential because it concerns or relates to Motive's competitive intelligence gathering efforts, business plans, and procedures. ECFs 118-1, 131-5 (Solomon Dec. ¶¶ 3-4, 6-7). |

Accordingly, Motive respectfully requests that the Court seal ECF 124-3.

| | |
|---|---|
| DATED:  May 28, 2025 | By:  /s/ David S. Bloch  |
| | GREENBERG TRAURIG, LLP |
| | David S. Bloch (SBN CA 184530) |
| | Kyle D. Chen (SBN CA 239501), kchen@gtlaw.com |
| | George D. Zalepa (*pro hac vice*), george.zalepa@gtlaw.com |
| | James J. DeCarlo (*pro hac vice*), decarloj@gtlaw.com |
| | Yang Liu (SBN CA 319390), yang.liu@gtlaw.com |
| | |
| | Joseph G. Petrosinelli (*pro hac vice*), jpetrosinelli@wc.com |
| | C. Bryan Wilson (*pro hac vice*), cwilson@wc.com |
| | Jack H. Danon (*pro hac vice*), jdanon@wc.com |
| | WILLIAMS & CONNOLLY LLP |
| | 680 Maine Avenue, S.W. |
| | Washington, D.C. 20024 |
| | Telephone: 202.434.5547 |
| | Facsimile: 202.434.5029 |
| | |
| | Attorneys for Defendant |
| | MOTIVE TECHNOLOGIES, INC. |

3

DEFENDANT MOTIVE'S RESPONSE TO PLAINTIFF SAMSARA'S ADMINISTRATIVE MOTION
TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF 124]
CASE NO. 3:24-cv-06049-JD